1  **ZANDRA L. LOPEZ**
   California State Bar No. 216567
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone No. (619) 234-8467
4  Email: Zandra_Lopez@fd.org

5  Attorneys for Mr. De La Cruz-Muro

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   CASE NO. 07MJ2676
                                     )
11              Plaintiff,           )
                                     )
12  v.                               )
                                     )   **NOTICE OF APPEARANCE**
13  JAIME DE LA CRUZ-MURO,           )
                                     )
14              Defendant.           )
                                     )
15  _____ )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in

19  the above-captioned case.

20                                        Respectfully submitted,

21

22  Dated:  November 20, 2007            */s/ ZANDRA L. LOPEZ_____*
                                         Federal Defenders of San Diego, Inc.
23                                        Attorneys for Defendant
                                         Zandra_Lopez@fd.org
24

25

26

27

28

### CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 20, 2007                    _/s/ ZANDRA L. LOPEZ_____
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA  92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             Zandra_Lopez@fd.org (email)